MANWARING, Appellant, v. NEW YORK STATE RYS. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Milton G. Manwaring, an infant, etc., against the New York State Railways and another. No opinion. Order affirmed, with costs. Held, that the plaintiff failed to establish actionable negligence against the defendants, or either of them.

MARHOFFER, Respondent, v. SWEDISH AUGUSTANA HOME FOR THE AGED, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Frank Joseph Marhoffer against the Swedish Augustana Home for the Aged, impleaded with others. No opinion. Motion to resettle order denied. See, also, 138 N. Y. Supp. 1129.

MARTINOWITZ et al., Appellants, v. SCHAFFLER, Respondent, et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Herman Martinowitz and others against Louis Schaffler, impleaded with others. L. Freiman, of New York City, for appellants. I. S. Dorf, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MASEL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Joseph Masel against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order granted, without costs. See, also, 138 N. Y. Supp. 1129.

MASON–HENRY PRESS, Appellant, v. ÆTNA LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by the Mason-Henry Press against the Ætna Life Insurance Company. No opinion. Judgment affirmed, with costs. See, also, 146 App. Div. 181, 130 N. Y. Supp. 961.

MAYER et al., Appellants, v. MONZO, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Marcus Mayer and others against Angelo R. Monzo. E. D. Brown, of New York City, for appellants. J. S. Sumner, of New York City, for respondent.
PER CURIAM. Order entered on December 5, 1912, affirmed, order entered on December 26, 1912, reversed, with $10 costs and disbursements to appellants, and motion for retaxation of costs denied. Order filed. See, also, 151 App. Div. 866, 137 N. Y. Supp. 616.

MAYER et al., Respondents, v. RAUDENBUSH, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Adolph B. Mayer and others against Wallace G. Raudenbush. T. F. Kuper, of New York City, for appellant. W. S. Heilborn, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs, on the authority of Teel v. Yost, 128 N. Y. 387, 28 N. E. 353, 13 L. R. A. 796. Order filed. See, also, 138 N. Y. Supp. 1129.

MAYOR, ETC., OF CITY OF NEW YORK, Respondents, v. BROADWAY & S. AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by the Mayor, Aldermen, etc., of the City of New York against the Broadway & Seventh Avenue Railroad Company. A. H. Masten, of New York City, for appellant. H. Crone, of New York City, for respondents. No opinion. Judgment affirmed, with costs, on 130 App. Div. 834, 115 N. Y. Supp. 872. Order filed.

MAYOR, ETC., OF CITY OF NEW YORK, Respondents, v. NINTH AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by the Mayor, Aldermen, etc., of the City of New York against the Ninth Avenue Railroad Company. A. H. Masten, of New York City, for appellant. H. Crone, of New York City, for respondents. No opinion. Judgment affirmed, with costs, on 130 App. Div. 839, 115 N. Y. Supp. 876. Order filed.

MELLEN, Respondent, v. ATHENS HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Nathan C. Mellen against the Athens Hotel Company. A. Thain, of New York City, for appellant. C. Mellen, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 451; 139 N. Y. Supp. 1133.

MELLEN v. ATHENS HOTEL CO. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Nathan C. Mellen against the Athens Hotel Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1133.

METZGER, Respondent, v. KNOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Charles E. Metzger against Edward M. Knox and others. No opinion. Motion denied, without costs. See, also, 139 N. Y. Supp. 1133, 1134.

METZGER, Respondent, v. KNOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Charles E. Metzger against Edward M. Knox and others. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to answer within 20 days on payment of costs of said action and of this appeal. Appeal to the Court of Appeals denied,